IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>KEVIN MICHAEL PURFIELD,<br><br>                  Defendant. | No. 3:13-CR-00484-MO<br><br>ORDER FINDING DEFENDANT COMPETENT TO PROCEED |

      The Court having previously found Mr. Purfield incompetent in that he was suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him and to properly assist in his defense, had ordered him hospitalized and treated pursuant to 18 U.S.C. § 4241(d)(1). The Court having received a mental health evaluation from the U.S. Bureau of Prisons, certifying that defendant was competent to proceed and having considered representations from defense counsel asserting his present competency, the Court set the matter for trial at Mr. Purfield's request and deferred the formal finding of competency until further proceedings.

Page 1 ORDER FINDING DEFENDANT COMPETENT TO PROCEED

Thereafter, at Mr. Purfield's request, this Court set the matter for a change of plea hearing. On that day, December 8, 2014, this Court found that Mr. Purfield had recovered from his mental disease or defect to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense of the indictment filed against him. This Court accepted Defendant's guilty plea and set the matter for sentencing on March 16, 2015.

IT IS HEREBY ORDERED that defendant Kevin Michael Purfield is capable and competent to properly assist in his defense.

DATED this __18__ day of __December_____, 201_4_, *nunc pro tunc*.

/s/Michael W. Mosman
_____
The Honorable Michael W. Mosman
United States District Court Judge

Presented by:

*/s/ Francesca Freccero*
Francesca Freccero
Attorney for Defendant